IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| **Courtney Morgan**, *Plaintiff,* § § § | |
| v. § | |
| **Mary Chapman** and **John Kopacz**, in their individual capacities, *Defendants.* § § § § / | Civil Action:   No. 6:17-cv-0004  JURY |

## NOTICE OF APPEAL

**NOTICE** is hereby given that Plaintiff, **COURTNEY MORGAN**, appeals to the United States Court of Appeals for the Fifth Circuit this District Court's **ORDER GRANTING-IN-PART AND DENYING-IN-PART PLAINTIFF'S MOTION FOR JUDICIAL NOTICE** [DE 178] signed and entered on the docket on February 20, 2025; **MEMORANDUM AND RECOMMENDATION** [DE 180] signed and entered on the docket on March 5, 2025; **ORDER** [DE 185] signed and entered on the docket on April 10, 2025; **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE** [DE 188] signed and entered on the docket on May 13, 2025; and the **FINAL JUDGMENT** [DE 189] signed and entered on the docket May 13, 2025.

**Dated: June 11, 2025**

Respectfully submitted by,

/s/*Erica F. Chaplin*
Erica F. Chaplin, Esq.
FLBN: 0048023
Anderson & Welch, LLC
500 S. Australian Avenue, 6th Flr.
West Palm Beach, FL 33401
Tel: 561-832-3386; Fax: 561-820-4867
Email: chaplinlaw@gmail.com
Email: andewelch@andersonandwelch.com
*Attorney for Plaintiff, Courtney Morgan*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via CM/ECF upon counsel on the incorporated service list on this **11th** day of **June, 2025.**

Respectfully submitted,
/s/*Erica F. Chaplin*
Erica F. Chaplin, Esq.
FLBN: 0048023
Anderson & Welch, LLC
500 S. Australian Avenue, 6th Flr
West Palm Beach, FL 33401
Tel: 561-832-3386; Fax: 561-820-4867
Email: chaplinlaw@gmail.com
Email: andewelch@andersonandwelch.com
*Attorney for Plaintiff, Courtney Morgan*

## SERVICE LIST

*Courtney Morgan, et al. v. Mary Chapman and John Kopacz, individually, et al.*
Case No:   6:17-cv-00004 - Judge Drew B. Tipton
United States District Court, Southern District of Texas
Victoria Division

Kevin R. Anderson, Esq.
FLBN: 44857
S.D. Texas Bar No.: 3850258
Anderson & Welch, LLC
500 S. Australian Avenue, 6th Flr
West Palm Beach, FL 33401
Phone: 561-832-3386
Fax: 561-820-4867
Email: kan@andersonandwelch.com
andewelch@andersonandwelch.com
*Attorney for Plaintiff, Courtney Morgan*

Erica F. Chaplin, Esq.
Attorney-In-Charge
FLBN: 0048023
S.D. Texas Bar No.: 306717
Anderson & Welch, LLC
500 S. Australian Avenue, 6th Flr
West Palm Beach, FL 33401
Phone: 561-832-3386
Fax: 561-820-4867
Email: andewelch@andersonandwelch.com
*Attorney for Plaintiff, Courtney Morgan*

Leslie A. Werner, Esq.
SBN: 211901580
S.D. Texas Bar No.: 10066
The Werner Law Group
P. O. Box 247
Victoria, Texas 77902
Phone: 361-578-7200
Fax: 361-485-1949
Email: leslie@werner-lawgroup.com
*Attorney for Plaintiff, Courtney Morgan*

Tommy E. Swate, Esq.
SBN: 19557705
S.D. Texas Bar No.: 145507
Swate Attorney At Law
403 Wild Plum
Houston, Texas 77013
Tel: 832-702-7599
Fax: 877-572-7087
Email: swatelaw@aol.com
*Attorney for Plaintiff, Courtney Morgan*

| | |
|---|---|
| Christopher Lee Lindsey, Esq. | Cole P. Wilson, Esq. |
| Assistant Attorney General | Assistant Attorney General |
| Attorney-in-Charge | Attorney-in-charge |
| SBN: 24065628 | TSBN: 24122856 |
| S.D. Texas Bar No.: 1021745 | SDTNB: 3864133 |
| P.O. Box 12548 | P.O. Box 12548 |
| Capitol Station | Capitol Station |
| Austin, Texas 78711-2548 | Austin, Texas 78711 |
| Tel: 512-463-2080 | Tel: 512-936-1309 |
| Fax: 512-370-9314 | Fax: 512-979-5738 |
| Email: Christopher.lindsey@oag.texas.gov | Email: Cole.Wilson@oag.texas.gov |
| *Attorney for Defendant, John Kopacz* | *Attorney for Defendant, Mary Chapman* |