# Andrew L. Schlafly

939 Old Chester Rd.
Far Hills, NJ 07931
(908) 719-8608
(908) 934-9207 (fax)
aschlafly@aol.com

August 27, 2025

Lyle W. Cayce
Office of the Clerk
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

    **Re:**   **Request for an extension in the deadline in *Morgan v. Chapman*, No. 25-40357**

Dear Clerk of the Court,

    As counsel for Appellant Morgan in the foregoing matter, I respectfully submit this request for a 29-day extension, from Sept. 2 to Oct. 1, for filing my opening brief and record excerpts. Counsel for Appellee Kopacz stated that he is unopposed to this request, while I was unable to obtain a response from counsel for Appellee Chapman before filing this request. This is my first extension request.

    I have been interrupted by several appellate filings this month in other U.S. Courts of Appeals matters, including a deadline in another matter in this Court that I filed two days ago. This has delayed my ability to work on the foregoing matter in order to satisfy the original filing deadline here.

    Thank you for your attention to this request.

                                          Respectfully submitted,

                                          /s/ Andrew L. Schlafly

                                          Andrew L. Schlafly
                                          Counsel for Plaintiff-Appellant Morgan

cc (by ECF): all counsel of record