

## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

**TODD DICKERSON**　　　　　　　　　　　　　PHONE:　　　(737) 228-7289
Assistant Attorney General　　　　　　　　　　FAX:　　　　(512) 320-0667
General Litigation Division　　　　　　　　　　EMAIL:　　Todd.Dickerson@oag.texas.gov

October 2, 2025

*Via ECF*

Lyle W. Cayce, Clerk of the Court
U.S. Court of Appeals, Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

Re:　Unopposed Level 1 Extension Request in Case No. 25-40357, *Courtney Morgan v. Mary Chapman; John Kopacz*.

Dear Mr. Cayce:

    I represent Appellee Mary Chapman in the above-referenced matter. I request a 14-day Level 1 extension for the appellee brief deadline. The appellee brief is currently due on October 31, 2025. The 14-day extension would make the appellee brief due on November 14, 2025. Chapman seeks this extension as her lead counsel, Cole Wilson, is currently out on FMLA leave. I conferred with counsel for Appellant Dr. Courtney Morgan and Appellee John Kopacz via email on October 1, 2025. Both confirmed that they are unopposed to this requested extension. Thank you for your consideration.

                                   Sincerely,

                                     Todd Dickerson

Cc: all counsel of record via ECF