

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

October 2, 2025

Lyle W. Cayce, Clerk of the Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

RE:   Unopposed Level 1 Extension Request in Case No. 25-40357,
      <u>Courtney Morgan v. Mary Chapman; John Kopacz</u>.

Dear Mr. Cayce:

 I represent Appellee John Kopacz in the above-referenced matter. I hereby request a 14-day Level 1 extension for Appellee Kopacz' brief deadline. Kopacz' brief is currently due on October 31, 2025. The requested extension would make Kopacz' brief due on November 14, 2025. I seek this extension because I am required to report for jury duty in Williamson County, Texas, during the week of October 27-31, 2025. I will not know whether I will be selected to sit on a jury, or for how long, until October 29, 2025, at the earliest.

 I conferred with counsel for Appellant Dr. Courtney Morgan and Appellee Mary Chapman via email on October 1, 2025. Both confirmed that they are unopposed to this requested extension. Thank you for your consideration.

_____
**CHRISTOPHER LEE LINDSEY**
Assistant Attorney General
Law Enforcement Defense Division
(512) 463-2157 Phone / (512) 370-9314 Fax