

**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

| | |
|---|---|
| **COLE P. WILSON**  <br>Assistant Attorney General  <br>General Litigation Division | PHONE: (512) 979-5738  <br>FAX: (512) 320-0667  <br>EMAIL: Cole.Wilson@oag.texas.gov |

October 31, 2025

*Via ECF*

Lyle W. Cayce, Clerk of the Court
U.S. Court of Appeals, Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

Re:   Unopposed Level 1 Extension Request in Case No. 25-40357, *Courtney Morgan v. Mary Chapman; John Kopacz*.

Dear Mr. Cayce:

    I represent Appellee Mary Chapman in the above-referenced matter. I request a 14-day Level 1 extension for the appellee brief deadline. The appellee brief is currently due on November 14, 2025 after one previously Level 1 extension request of 14 days from October 31 to November 14, 2025. This second 14-day extension would make the appellee brief due on November 28, 2025.

    Chapman seeks this extension as I previously was on FMLA leave, and after returning to work I have been focused on unrelated matters. Among them is a motion for summary judgment in another federal matter due November 14, 2025.

    I conferred with counsel for Appellant Dr. Courtney Morgan via email on October 29, 2025, who confirmed he is unopposed to this requested extension. Thank you for your consideration.

Sincerely,

/s/ *Cole P. Wilson*
Cole P. Wilson

Cc: all counsel of record via ECF