**Case No. 25-40357**

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

COURTNEY MORGAN,

*Plaintiff-Appellant*

v.

MARY CHAPMAN; JOHN KOPACZ,

*Defendants-Appellees*

Appeal from the U.S. District Court for the
Southern District of Texas, Victoria Division (No. 6:17-cv-00004)
Hon. Drew B. Tipton, presiding

**UNOPPOSED MOTION TO FILE SUPPLEMENTAL REPLY BRIEF BY APPELLANT MORGAN IN RESPONSE TO APPELLEE CHAPMAN**

Andrew L. Schlafly
939 Old Chester Rd.
Far Hills, New Jersey 07931
908-719-8608
908-934-9207 (fax)

*Attorney for Appellant*

Plaintiff-Appellant Courtney Morgan ("Morgan") respectfully files this unopposed motion for the Court to file his reply brief, which Morgan previously and timely filed on December 19, 2025 [Doc. 38], in response to the brief filed by Defendant Mary Chapman ("Chapman"). Morgan has conferred with counsel for Defendant Chapman and received his consent.

Morgan requests that his reply brief be filed for the following reasons:

1. The two Appellees filed separate briefs in this case based on separate timetables. Counsel for Plaintiff-Appellant Morgan granted to each of the Appellees their separate extension requests.

2. Defendant-Appellee John Kopacz filed his appellate brief on November 14, 2025, to which Plaintiff-Appellant Morgan timely replied by filing within 21 days, on December 5, 2025.

3. Defendant-Appellee Mary Chapman filed her appellate brief on November 28, 2025, to which Plaintiff Appellant Morgan timely replied by filing within 21 days, on December 19, 2025.

4. The briefs by the two Defendants-Appellees are different with separate issues, such that it made more sense for Morgan to file separate replies, each addressed specifically to the arguments and facts relating to each Defendant. Morgan's counsel was unaware that filing a timely reply to the first Defendant-Appellee (Kopacz) would cause any difficult in filing a timely reply to the second

2

Defendant-Appellee (Chapman).

5. The Federal Rules of Appellate Procedure grant an appellant the right to reply to arguments raised by each appellee, and when Defendants-Appellees chose to file separate appellate briefs at different times, that seemed to the undersigned counsel to justify separate reply briefs, each timely within the 21-day deadline for replying and each directly addressing the separate brief to which it was replying.

6. On January 5, 2026, Morgan's counsel was notified by this Court that it would not automatically file his timely brief in reply to Defendant Chapman, because Morgan's counsel had already filed a reply brief (which was solely in response to Defendant Kopacz).

7. Morgan's counsel subsequently discussed this procedural issue with a clerk of this Court, and learned that this motion to seek a filing of his brief in reply to Defendant-Appellee Chapman is appropriate at this time.

8. Morgan's counsel respectfully submits that his December 19th reply brief will be helpful to the Court in fully understanding the position of Morgan as to arguments raised by Chapman's appellate brief.

9. No irregular prejudice will result from allowing Morgan to file his timely reply brief, as the Federal Rules of Appellate Procedure generally allow an appellant to reply to arguments raised by an appellee, as Morgan did in a timely

manner.

**WHEREFORE**, Dr. Morgan respectfully requests that this Court file his reply brief already submitted by him on December 19, 2025 [Doc. 38], in timely reply to Defendant-Appellee Chapman's brief.

Dated:  January 5, 2026            Respectfully submitted,

/s/ Andrew L. Schlafly
Andrew L. Schlafly
Attorney at Law
939 Old Chester Road
Far Hills, New Jersey 07931
Tel: 908-719-8608
Fax: 908-934-9207
Email: aschlafly@aol.com

*Attorney for Plaintiff-Appellant*
*Courtney Morgan*

## CERTIFICATE OF CONFERRAL AND COMPLIANCE

The undersigned counsel for Plaintiff–Appellant Morgan has conferred with counsel for Defendant–Appellee Chapman, who has consented to this motion.

I certify that this motion complies with the type–volume limitation, set forth in Fed.R.App.P. Rules 27(d)(2)(A) and 32(g)(1). This motion uses Times New Roman 14-point type face and contains 455 words, excluding the material not to be counted.

/s/ Andrew L. Schlafly
Andrew L. Schlafly