# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 12, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 25-40357　Morgan v. Chapman
　　　　　　　USDC No. 6:17-CV-4

Enclosed is an order entered in this case.


Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Sean Hannan, Deputy Clerk

Ms. Erica Faith Chaplin
Mr. Todd A. Dickerson
Mr. Christopher Lee Lindsey
Mr. Nathan Ochsner
Mr. Andrew Layton Schlafly
Mr. Cole P. Wilson