# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 15, 2026

Mr. Christopher Lee Lindsey
Office of the Attorney General
for the State of Texas
300 W. 15th Street
William P. Clements Building
Austin, TX 78701

Mr. Andrew Layton Schlafly
939 Old Chester Road
Far Hills, NJ 07931-0000

Mr. Cole P. Wilson
Arambula Terrazas, P.L.L.C.
1001 S. Capital of Texas Highway
Building L
Suite 250
Austin, TX 78746

      No. 25-40357    Morgan v. Chapman
                      USDC No. 6:17-CV-4

Dear Counsel,

You must submit the **6 paper copies of your brief** required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the **4 paper copies of your record excerpts** required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

The covers of your documents must be the following colors: Appellant's brief must be blue. Appellee's brief must be red. Appellant's Record excerpts must be white and contain physical tabs that extend beyond the edge of the document. Appellant's reply brief must be gray.

==Please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief/record excerpts filed event so that it will contain the proper filing header.  **Do not submit paper copies without a filing header.**==

You may refer to Fed. R. App. P. 32 for guidance regarding paper copies of briefs and record excerpts.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Olivia Andry*
Olivia G. Andry, Deputy Clerk

cc:
    Ms. Erica Faith Chaplin
    Mr. Todd A. Dickerson