# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 25-40357

———————————

United States Court of Appeals
Fifth Circuit

**FILED**

June 29, 2026

Lyle W. Cayce
Clerk

Courtney Morgan,

*Plaintiff—Appellant*,

*versus*

Mary Chapman; John Kopacz,

*Defendants—Appellees*.

———————————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 6:17-CV-4

———————————————————————

## JUDGMENT

Before Willett, Wilson, and Douglas, *Circuit Judges*.

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED IN PART and REVERSED IN PART, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

No. 25-40357

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(B). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.

Certified as a true copy and issued
as the mandate on **Jul 20, 2026**

**Attest:**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

2